IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<div style="margin-left: 2em;">
**United States District Court**
For the Northern District of California
</div>

| | |
|---|---|
| JON LAFEVER, | No. C 10-00935 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WORLDWIDE ASSET, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 1, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 3, 2010</u>.

DESIGNATION OF EXPERTS: <u>1/10/11</u>; REBUTTAL: <u>1/18/11</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 11, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 25, 2011</u>;

     Opp. Due <u>March 11, 2011</u>;   Reply Due <u>March 18, 2011</u>;

      and set for hearing no later than <u>April 1, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 3, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 16, 2011</u> at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By August 20, 2010, counsel shall inform the Court of the type of  ADR procedure they will participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                                    _____
                                                                                                       SUSAN ILLSTON
                                                                                                       United States District Judge