1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON LAFEVER, ) | Case No.  10-CV-00935-SI |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | JOINT STIPULATION AND MOTION |
| vs. ) | TO DISMISS ENTIRE ACTION WITH |
| ) | PREJUDICE |
| WORLDWIDE ASSET PURCHASING,) | |
| LLC ) | |
| Defendant. ) | |
| ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE